11th Court of
Appeals

                                                                  Eastland,
Texas

                                                                        Opinion

 

Jason Aaron Gregory

Appellant

Vs.                   No. 11-03-00023-CR - Appeal
from Collin County

State of Texas

Appellee

 

The trial court
convicted Jason Aaron Gregory, upon his plea of guilty, of sexual assault of a
child.  Pursuant to the plea bargain
agreement, the trial court assessed appellant’s punishment at confinement for
four years.  We dismiss the appeal.

Appellant’s
court-appointed counsel has filed a brief in which counsel states that, after
diligently searching the record and the applicable law, the record reflects no
reversible error.  Counsel has furnished
appellant with a copy of the brief and advised appellant of his right to review
the record and file a pro se brief.  A
pro se brief has not been filed. 
Counsel has complied with the procedures outlined in Anders v.
California, 386 U.S. 738 (1967); Stafford v. State, 813 S.W.2d 503
(Tex.Cr.App.1991); High v. State, 573 S.W.2d 807 (Tex.Cr.App.1978); Currie v.
State, 516 S.W.2d 684 (Tex.Cr.App.1974); and Gainous v. State, 436 S.W.2d 137
(Tex.Cr.App.1969).

Counsel points
out that appellant’s pro se “general” notice of appeal does not meet the
requirements of TEX.R.APP.P. 25.2.  We
agree.  We further note that the notice
of appeal has not been amended.  Rule
25.2(f); Bayless v. State, 91 S.W.3d 801 (Tex.Cr.App.2002).    

The appeal is
dismissed.  Woods v. State, No. 2365-01,
2003 WL 21398613 (Tex.Cr.App. June 18, 2003); Cooper v. State, 45 S.W.3d 77
(Tex.Cr.App.2001); Whitfield v. State, No. 11-02-00187-CR, 2003 WL 21512625
(Tex.App. - Eastland July 3, 2003, no pet’n h.).

 

July 17, 2003                                                                           PER
CURIAM

Do not
publish.  See TEX.R.APP.P. 47.2(b).

Panel consists of:  Arnot, C.J., and

Wright, J., and McCall, J.